E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KELLY LAROCQUE (Cal. Bar No. 337912)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3308
    Facsimile: (213) 894-0141
    E-mail:    kelly.larocque@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAN DAVOOD,<br>    aka "Sam Martins,"<br>    aka "Sam Martinez,"<br>    aka "Sam Yokana,"<br>    aka "Sam Yokhana,"<br>    aka "Marcus Yousef,"<br>    aka "Visa,"<br><br>    Defendant. | No. 2:23-cr-00588-PA<br><br>SUPPLEMENTAL BRIEFING IN SUPPORT FOR DEFENDANT'S DAVOOD'S REQUEST FOR RELEASE WITH CONDITIONS |

    Defendant Alan Davood would like to place some additional information into the record prior to this Court ruling on his request for release with sureties. His home in Texas was searched in July 2023. After this he made no attempts to flee, but instead hired private counsel, Stanley Friedman, who communicated with the government while the case was pending.

1  Mr. Davood additionally signed a lease for an apartment in
2  Houston Texas from 8/10/2023 to 01/31/2024 further indicating that he
3  did not intend to flee the country.  He did travel to Canada in
4  November 2023, however, this travel was simply to see relatives prior
5  to the Christmas holidays and was not done with any intention of
6  fleeing.  Although he is not a California resident he is willing to
7  find a residence in California and remain in this jurisdiction while
8  his case is pending if necessary.

9  Dated: January 24, 2024                    Respectfully submitted,

10
11  //
12  _____           _____
    JONATHAN LYNN                             Date
    Attorney for Defendant
13  ALAN DAVOOD

14  //

2